## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Rayl Enterprises, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Grace Counseling Center**<br><br>**Watchdog Screening and HR Solutions** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2  6 – 4  7  9  9  7  2  9** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **105 Kathryn Drive Bldg. 3** | |
| Number          Street | **4251 FM 2181** |
| **Lewisville, TX 75067** | Number          Street |
| City                    State      ZIP Code | **Denton, TX 76210** |
| | City                    State      ZIP Code |
| **Denton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number          Street |
| | **TX** |
| | City                    State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **Grace-Counseling.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6   2   1   4**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number       Street<br><br>_____<br><br>_____<br>City                                      State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000             ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/20/2025**
               MM/ DD/ YYYY

**X** **/s/ Cheryl Rayl**                                        **Cheryl Rayl**
Signature of authorized representative of debtor               Printed name

Title                    **CEO**

**18. Signature of attorney**

**X**          **/s/ Robert T DeMarco**              Date **03/20/2025**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number          Street

**Plano**                          **TX**        **75074**
City                               State      ZIP Code

**(972) 991-5591**                  **robert@demarcomitchell.com**
Contact phone                       Email address

**24014543**                        **TX**
Bar number                          State

Debtor Name    **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Frost Bank** | **Checking account** | **2  4  2  8** | $12.44 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $12.44 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 **1422 Main** | $1,500.00 |
   | --- | --- |
   | 7.2 **Ellis Tinsley** | $2,041.33 |

| | | |
|---|---|---|
| 7.3 | **Ellis Tinsley** | $1,895.83 |
| 7.4 | **Rex Payne** | $7,640.43 |
| 7.5 | **J & J Supreme** | $1,500.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____

    8.2 _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                    $14,577.59

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                         **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  $21,000.00  -  $19,000.00  =.....➡         **unknown**
                               face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:     $281,000.00  -  $267,000.00  =.....➡       **unknown**
                               face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____     _____     _____

    14.2 _____     _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1 _____     _____     _____

15.2._____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.          | _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

$\boxed{\text{_____}}$

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Furniture -(see attached) | unknown | | $57,314.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | computers-(see attached) | unknown | | $13,450.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | $70,764.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2024 Nissan Kicks** | unknown | | $21,061.00 |
| | 47.2 **2019 Volkswagen Jetta** | unknown | | $13,954.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

48.1 _____    _____  _____  _____

48.2 _____    _____  _____  _____

49.  **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____  _____  _____

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| | **$35,015.00** |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | _____ |
|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Tagline-Value | unknown | | unknown |
| 61. **Internet domain names and websites** | | | |
| Grace-Counseling.com | unknown | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➡ _____

              Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

    **Nature of claim**     _____

    **Amount requested**     _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

    **Nature of claim**     _____

    **Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

_____    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,577.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $70,764.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,015.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $120,369.03 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... | | $120,369.03 |

Debtor name __**Rayl Enterprises, Inc.**__

United States Bankruptcy Court for the: _____**Eastern**_____ District of ____**Texas**____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

**Ally Financial**

Creditor's mailing address

**2911 Lake Vista Drive**

**Lewisville, TX 75067**

Creditor's email address, if known

_____

Date debt was incurred    __**6/10/2024**__

Last 4 digits of account number    __9__ __6__ __3__ __5__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2024 Nissan Kicks

**Describe the lien**
lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
| --- | --- |
| **$9,647.75** | **$21,061.00** |

**Remarks:** 60 month lease first payment due 7/10/2024

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,755,425.44**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2 Creditor's name**

Ally Financial

**Creditor's mailing address**

2911 Lake Vista Drive

Lewisville, TX 75067

**Creditor's email address, if known**

_____

**Date debt was incurred** __02/07/2022__

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 10 months left on lease

**Describe debtor's property that is subject to a lien**

2019 Volkswagen Jetta       **$4,759.70**     **$13,954.00**

**Describe the lien**

lease

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**Bayfirst**

**Creditor's mailing address**

**700 Central Ave., Mail Code 206**

**Saint Petersburg, FL 33701**

**Creditor's email address, if known**

_____

Date debt was incurred    **7/6/2024**

Last 4 digits of account    **9  1  0  0**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**secured by all inventory, equipment,
goods, accounts**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$453,334.99**

Column B: **unknown**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Orange Advance**

**Creditor's mailing address**

**101 Chase Ave. Ste. 101**

**Lakewood, NJ 08701**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **10/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**merchant loan secured by accounts receivable**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$104,400.00**        **unknown**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.5 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | **Small Business Administration** | Accounts receivable under 90 days | **$987,767.82** | **unknown** |

**Creditor's mailing address**

**150 Westpark Way Ste, 130**

**Euless, TX 76040**

**Describe the lien**

**secured by all inventory, equipment, goods, accounts, general intangibles**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    11/16/2020

**Last 4 digits of account number**    8  2  0  8

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Do not deduct the value of collateral.

**2.6** Creditor's name

**Transportation Alliance Bank**

Creditor's mailing address

**4185 Harrison Blvd.**

**Ogden, UT 84403**

Creditor's email address, if known

_____

Date debt was incurred **8/28/2024**

Last 4 digits of account number **3 1 3 1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

**consolidation loan secured by all assets**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$195,515.18** | **unknown**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jay Klein** <br> **PO Box 714** <br> **Lakewood, NJ 08701** | Line 2. __4__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor name            **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:

            **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**   **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Cheryl Rayl**

**1750 Timber Ridge Circle**

**Corinth, TX 76210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,333.33**

---

**3.2** Nonpriority creditor's name and mailing address

**1422 Main Ltd.**

**2016 Justin Rd. Ste. 300**

**Lewisville, TX 75077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **premise lease**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$10,092.46**

---

**3.3** Nonpriority creditor's name and mailing address

**Adrian Campbell**

**13432 Hang Fire Lane**

**Cresson, TX 76035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$82.50**

---

**3.4** Nonpriority creditor's name and mailing address

**Aetna Better Health of Texas**

**PO Box 982979**

**El Paso, TX 79998-2979**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,265.78**

| Part 2: | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address

**Aetna Provider Garnishments**

PO Box 818048

Cleveland, OH 44181-8048

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.6** | Nonpriority creditor's name and mailing address

**Afalc**

PO Box 5388

Columbus, GA 31906

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$679.00

---

**3.7** | Nonpriority creditor's name and mailing address

**Alexa Gould**

318 Quail Crossing Dr.

Sanger, TX 76266

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __wages__

**Is the claim subject to offset?**
☑ No
☐ Yes

$248.64

---

**3.8** | Nonpriority creditor's name and mailing address

**Alexis Writtenverry**

1901 N. Colony Blvd.

The Colony, TX 75056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __wages__

**Is the claim subject to offset?**
☑ No
☐ Yes

$89.00

---

| Part 2: | Additional Page |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,812.00

**American Express**

**Attn: Global Collections et al**

**200 Versey Street**

**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **various**

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  0  0  1**

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,832.00

**American Express**

**Attn: Global Collections et al**

**200 Versey Street**

**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1  0  0  4**

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.22

**Ameritas**

**12655 N. Central Expwy. #910**

**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **Dental Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0  0  0  2**

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.52

**Ameritas Life Insurance Group**

**PO Box 81889**

**Lincoln, NE 68501-1889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **12/2024**

Basis for the claim:  **life insurance**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0  0  0  2**

---

| Part 2: | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address
**APG&E**

PO Box 660038

Dallas, TX 75266

Date or dates debt was incurred   **11/2024**

Last 4 digits of account number   **5  6  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$384.55

---

**3.14** | Nonpriority creditor's name and mailing address
**APG&E**

PO Box 660038

Dallas, TX 75266

Date or dates debt was incurred   **11/2024**

Last 4 digits of account number   **3  2  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$1,305.11

---

**3.15** | Nonpriority creditor's name and mailing address
**APG&E**

PO Box 660038

Dallas, TX 75266

Date or dates debt was incurred   **11/2024**

Last 4 digits of account number   **-  0  1  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$384.55

---

**3.16** | Nonpriority creditor's name and mailing address
**Ashley Office Systems**

PO Box 843

Nash, TX 75569

Date or dates debt was incurred   **2022**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **copier lease**

Is the claim subject to offset?
☑ No
☐ Yes

$137.91

---

## Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.50 |
|---|---|---|---|

**Background Screenings of America**

9333 Melvin Ave.

Northridge, CA 91324

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** services

Date or dates debt was incurred   10/2024

Last 4 digits of account number   0  2  0  2

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | $19,731.27 |
|---|---|---|---|

**Barket Epstein Kearon et al**

666 Old Country Road Ste. 700

Garden City, NY 11530

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** services

Date or dates debt was incurred   4/2024

Last 4 digits of account number   8  5  7  9

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | $26,345.10 |
|---|---|---|---|

**Berry & Moro**

4099 McEwen Rd. Ste. 420

Dallas, TX 75244

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** services

Date or dates debt was incurred   various

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $52,450.00 |
|---|---|---|---|

**Block Equity Group**

C/O Joseph Valdini

205 Sunrise Hwy.

Rockville Centre, NY 11570

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** promissory note

Date or dates debt was incurred   2/2024

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

**3.21** Nonpriority creditor's name and mailing address

**Blue Cross & Blue Shield of TX**

**Dept 0695**

**PO Box 120695**

**Dallas, TX 75312-0695**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **clawback**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$528.16

---

**3.22** Nonpriority creditor's name and mailing address

**Bosshelp Technical Consultants**

**2409 Crown Ct.**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number   **9   7   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,469.82

---

**3.23** Nonpriority creditor's name and mailing address

**Bryan Simmons**

**422 E. Main**

**Bloomburg, TX 75556**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$800.94

---

**3.24** Nonpriority creditor's name and mailing address

**Caine & Weiner**

**PO Box 55848**

**Sherman Oaks, CA 91413**

Date or dates debt was incurred _____

Last 4 digits of account number   **9   7   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**collecting for Bosshelp Technical**
Basis for the claim:  **Consultants**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Capital One Business**

**PO Box 30285**

**Salt Lake City, UT 84130**

Date or dates debt was incurred   _____

Last 4 digits of account number   3   4   1   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   credit card

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$730.00

---

**3.26** Nonpriority creditor's name and mailing address

**Carelon Behavioral Health**

**5800 Northampton Blvd**

**Norfolk, VA 23502**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

**Chelsea Bryant**

**908 Autumn Oak**

**Denton, TX 76209**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,916.77

---

**3.28** Nonpriority creditor's name and mailing address

**Cheyenne Ledbetter**

**1008 Mitchell Lane**

**Burleson, TX 76028**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,341.02

---

**Part 2:** Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,520.00 |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

**Cigna Healthcare**

**c/o Rawlings Co.**

**PO Box 589**

**La Grange, KY 40031-0589**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Insurance company**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,520.00

---

**3.30** Nonpriority creditor's name and mailing address

**Cotiviti**

**PO Box 952366**

**Saint Louis, MO 63195-2366**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **calwback**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,192.50

---

**3.31** Nonpriority creditor's name and mailing address

**David lawback**

**442 Hayden Drive**

**Lewisville, TX 75067**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,480.00

---

**3.32** Nonpriority creditor's name and mailing address

**David Simeone**

**7140 Longo Dr.**

**The Colony, TX 75056**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,093.35

**Part 2:** Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,884.14 |
|---|---|---|---|

**3.33** Nonpriority creditor's name and mailing address

**Dealers First Financial LLC**

**PO Box 1069**

**Bellville, TX 77418**

Date or dates debt was incurred    **2/2022**

Last 4 digits of account number    **6  6  0  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Copier Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$1,884.14

---

**3.34** Nonpriority creditor's name and mailing address

**Dex Imaging, LLC**

**5109 W. Lemon Street**

**Tampa, FL 33609**

Date or dates debt was incurred

Last 4 digits of account number    **-  0  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **copier leases**

Is the claim subject to offset?
☑ No
☐ Yes

$1,929.02

---

**3.35** Nonpriority creditor's name and mailing address

**Dreamscape Unlock Health**

**6716 Alexander Bell Drive**

**Columbia, MD 21046**

Date or dates debt was incurred    **6/2024**

Last 4 digits of account number    **1  9  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.36** Nonpriority creditor's name and mailing address

**Elexis Nichols**

**12660 Jupiter Road**

**Dallas, TX 75238**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$788.32

| Part 2: | Additional Page |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,489.76
*Check all that apply.*

**Equian, LLC**

**DM Trust-Aetna**

**PO Box 639715**

**Cincinnati, OH 45263-9715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** clawback

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $665.00
*Check all that apply.*

**Erica Ramage**

**5686 FM 560**

**Hooks, TX 75561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,659.80
*Check all that apply.*

**Frontier**

**Po Box 5166**

**Tampa, FL 33675-5166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

Date or dates debt was incurred _____

Last 4 digits of account number  9  1  6  5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,102.50
*Check all that apply.*

**Hailey Finn**

**100 Cannon Pkwy. #1438**

**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.41** | Nonpriority creditor's name and mailing address

**Heather Cupp**

1924 Stoneway Dr.

Grapevine, TX 76051

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,218.32

---

**3.42** | Nonpriority creditor's name and mailing address

**Human Interest**

655 Montgomery Street Ste. 1800

San Francisco, CA 94111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401k plan

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,313.30

---

**3.43** | Nonpriority creditor's name and mailing address

**Intuit/Webbank**

215 South State St. Ste, 1000

Salt Lake City, UT 84111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** line of credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,633.39

---

**3.44** | Nonpriority creditor's name and mailing address

**James Clark**

2808 Lineville Drive Apt. 204K

Dallas, TX 75234

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,607.05

| Part 2: | Additional Page |
|---|---|

**3.45** | Nonpriority creditor's name and mailing address

**Katherine Ladd**

**1519 Bluebonnet Trail**

**Arlington, TX 76013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,166.67

---

**3.46** | Nonpriority creditor's name and mailing address

**Kevin Bolt**

**4560 FM 995**

**Atlanta, TX 75551**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,340.00

---

**3.47** | Nonpriority creditor's name and mailing address

**Kyra Cooper**

**5920 Rozanna St.**

**Joshua, TX 76058**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,083.42

---

**3.48** | Nonpriority creditor's name and mailing address

**Lauren Modin**

**5416 Timber Creek Road**

**Flower Mound, TX 75028**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$140.00

**Part 2:**   Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $944.48 |

**3.49** Nonpriority creditor's name and mailing address

Lauren Scott

1701 Bradford Ct.

Denton, TX 76210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☒ No
☐ Yes

$944.48

---

**3.50** Nonpriority creditor's name and mailing address

Liam Kelly

3917 Redstone Rd.

Denton, TX 76209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☒ No
☐ Yes

$1,240.00

---

**3.51** Nonpriority creditor's name and mailing address

Lightning Step

5757 Woodway Dr. Ste. 278

Houston, TX 77057

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$12,758.07

---

**3.52** Nonpriority creditor's name and mailing address

Linsey Rayl

1412 Park Palisades

Denton, TX 76210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☒ No
☐ Yes

$3,333.33

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |

**3.53** Nonpriority creditor's name and mailing address

**Magellan**

**MBC Health Providers**

**PO Box 1289**

**Maryland Heights, MO 63043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** notice only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.54** Nonpriority creditor's name and mailing address

**Mercedes Scientific**

**12210 Rangeland Pkwy.**

**Bradenton, FL 34211**

Date or dates debt was incurred    11/2/2024

Last 4 digits of account number  4  8  1  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.95

---

**3.55** Nonpriority creditor's name and mailing address

**Metlife**

**18210 Crane Nest Drive**

**Tampa, FL 33647**

Date or dates debt was incurred

Last 4 digits of account number  0  0  0  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** life insurance for employees

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.40

---

**3.56** Nonpriority creditor's name and mailing address

**Mitchell Deforest**

**111 Timberview Dr.**

**Lewisville, TX 75077**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$633.00

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.57** Nonpriority creditor's name and mailing address

**Nationwide**

**One Nationwide Plaza**

**Columbus, OH 43215**

Date or dates debt was incurred    **12/2024**

Last 4 digits of account number    **2 2 4 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$734.00

---

**3.58** Nonpriority creditor's name and mailing address

**Nikita Yarborough**

**2041 Rushing Creek Dr.**

**Heartland, TX 75126**

Date or dates debt was incurred

Last 4 digits of account number    —— — —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$230.77

---

**3.59** Nonpriority creditor's name and mailing address

**Nishendu Vasavada, MD**

**4100 Fairway Ct. Apt. 200**

**Carrollton, TX 75010**

Date or dates debt was incurred    **11/2023**

Last 4 digits of account number    —— — —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medical Director**

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.60** Nonpriority creditor's name and mailing address

**Oakmont Tres Amigos, LLC**

**6421 Camp Bowie Blvd #302**

**Fort Worth, TX 76116**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    —— — —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **premise lease**

Is the claim subject to offset?
☑ No
☐ Yes

$50,789.88

| Part 2: | Additional Page |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

**Office Depot Office Max**

**PO Box 790439**

**Saint Louis, MO 63179**

Date or dates debt was incurred    **10/2024**

Last 4 digits of account number    **6  4  4  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,251.88

---

**3.62** Nonpriority creditor's name and mailing address

**Optun/United Healthcare Services**

**PO Box 736187**

**Chicago, IL 60673**

Date or dates debt was incurred    _____

Last 4 digits of account number    **9  8  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advance in heathcare**

Is the claim subject to offset?
☑ No
☐ Yes

$382,500.00

---

**3.63** Nonpriority creditor's name and mailing address

**PENS**

**PO Box 847203**

**Dallas, TX 75284-7203**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  6  9  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$185.75

---

**3.64** Nonpriority creditor's name and mailing address

**Point Bank**

**400 Westway St.**

**Denton, TX 76201-3027**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **overdraft**

Is the claim subject to offset?
☑ No
☐ Yes

$2,376.00

**Part 2:** Additional Page

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Prority Healy**

**1705 Reliable Pkwy.**

**Chicago, IL 60686-0017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** clawback

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.99 |
|---|---|---|---|

**Quill**

**300 Tri State Internatioonal Dr Ste. 300**

**Lincolnshire, IL 60069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred **10/2024**

Is the claim subject to offset?

Last 4 digits of account number **4 1 5 3**

☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,518.00 |
|---|---|---|---|

**Rapid Finance**

**4500 East West Highway 6th Floor**

**Bethesda, MD 20814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** line of credit

Date or dates debt was incurred **7/2023**

Is the claim subject to offset?

Last 4 digits of account number **4 0 0 1**

☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,291.31 |
|---|---|---|---|

**Readycap Lending**

**200 Connell Pine Ste. 4000**

**Berkeley Heights, NJ 07922**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** SBA Loan

Date or dates debt was incurred **1/25/2024**

Is the claim subject to offset?

Last 4 digits of account number **9 1 0 3**

☑ No
☐ Yes

| Part 2: | Additional Page |

**3.69** Nonpriority creditor's name and mailing address

**Redwood Toxicology Laboratory**

**PO Box 5680**

**Santa Rosa, CA 95402-5680**

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number    **8  9  9  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,992.75

---

**3.70** Nonpriority creditor's name and mailing address

**Reliant Energy**

**P O Box 650475**

**Dallas, TX 75265-0475**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,239.80

---

**3.71** Nonpriority creditor's name and mailing address

**Rex Payne**

**2120 Heather Court**

**Flower Mound, TX 75028**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **premise lease**

Is the claim subject to offset?
☑ No
☐ Yes

$31,150.00

---

**3.72** Nonpriority creditor's name and mailing address

**Richard & Cheryl Rayl**

**1750 Timber Ridge Circle**

**Denton, TX 76210**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **owners money due**

Is the claim subject to offset?
☑ No
☐ Yes

$121,648.30

| Part 2: | Additional Page |
| --- | --- |

**3.73** Nonpriority creditor's name and mailing address

**Richard Gusmano BCCU SA**

**200 Vesey Street**

**New York, NY 10281**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,616.00

**3.74** Nonpriority creditor's name and mailing address

**Sana**

**PO Box 660675**

**Dallas, TX 75266**

Date or dates debt was incurred

Last 4 digits of account number    5  7  7  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.75** Nonpriority creditor's name and mailing address

**Serra Ramy**

**1701 Bradford Court**

**Denton, TX 76210**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$580.00

**3.76** Nonpriority creditor's name and mailing address

**Sofia Galvan**

**1005 Dartmouth Dr.**

**Lewisville, TX 75067**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,180.00

| Part 2: | Additional Page |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

**Southwestern Electric**

**1 Riverside Plaza**

**Columbus, OH 43215**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.10

---

**3.78** **Nonpriority creditor's name and mailing address**

**StackAdapt**

**200 Bat Street, South Tower**

**Toronto, Ontario, M5J 2J1, Canada,**

Date or dates debt was incurred    10/2024

Last 4 digits of account number  2  7  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

$599.81

---

**3.79** **Nonpriority creditor's name and mailing address**

**Stratmedical**

**PO Box 160653**

**San Antonio, TX 78280**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$974.25

---

**3.80** **Nonpriority creditor's name and mailing address**

**Syed Akhtar**

**1480 Renaissance Dr. #105**

**Park Ridge, IL 60068**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,199.78

**Part 2:**  Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,577.83 |

**3.81**

Nonpriority creditor's name and mailing address

**Sylvia Joseph**

**2818 Centerville**

**Dallas, TX 75228**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$7,577.83

---

**3.82**

Nonpriority creditor's name and mailing address

**Synchrony Bank/Sam's Club**

**attn: Bankruptcy Dept.**

**PO Box 71783**

**Philadelphia, PA 19176**

Date or dates debt was incurred    **2024**

Last 4 digits of account number   **4  9  5  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

$450.35

---

**3.83**

Nonpriority creditor's name and mailing address

**Terry Busse**

**3604 Winifred Dr.**

**Fort Worth, TX 76133**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,041.74

---

**3.84**

Nonpriority creditor's name and mailing address

**Trans Med**

**3482 Keith Bridge Rd**

**Cumming, GA 30041-5546**

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number   **3  7  5  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$468.00

| Part 2: | Additional Page |
| --- | --- |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.35 |
| --- | --- | --- | --- |

**3.85** Nonpriority creditor's name and mailing address

**Trista Wayland**

**1201 Robyn Dr.**

**Aledo, TX 76008**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,177.35

---

**3.86** Nonpriority creditor's name and mailing address

**Waystar**

**1311 Solutions Center**

**Chicago, IL 60677-1311**

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number    **9  4  6  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,205.22

---

**3.87** Nonpriority creditor's name and mailing address

**Wells Fargo Fin Svcs, LLC**

**PO Box 105743**

**Atlanta, GA 30348-5743**

Date or dates debt was incurred    **4/2023**

Last 4 digits of account number    **3  0  0  0**

Remarks: property already surrendered

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **copier lease**

Is the claim subject to offset?
☑ No
☐ Yes

$29,960.31

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 **Pucin & Friedland** <br> **935 National Pkwy. Ste. 40** <br> **Schaumburg, IL 60173** | Line **3.22** <br> ☐ Not listed. Explain _____ | **9  7  3  7** |
| 4.2 **Transworld Systems, Inc.** <br> **500 Virginia Dr Ste 514** <br> **Ft Washington, PA 19034-2707** | Line **3.69** <br> ☐ Not listed. Explain _____ | **2  5  7  0** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $1,020,588.09 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,020,588.09 |

Debtor name       **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:

      **Eastern District of Texas**

Case number (if known): _____ Chapter    **7**

☐ Check if this is an
    amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases           12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

     ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | 1422 Main Ltd. |
| | | Contract to be REJECTED | 2016 Justin Rd. Ste. 300 |
| | State the term remaining | 0 months | Lewisville, TX 75077 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Auto lease | Ally Financial |
| | | Contract to be REJECTED | 2911 Lake Vista Drive |
| | State the term remaining | 0 months | Lewisville, TX 75067 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Auto lease | Ally Financial |
| | | Contract to be REJECTED | 2911 Lake Vista Drive |
| | State the term remaining | 0 months | Lewisville, TX 75067 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | copier lease | Ashley Office Systems |
| | | Contract to be REJECTED | PO Box 843 |
| | State the term remaining | 0 months | Nash, TX 75569 |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | copier lease | **Dealers First Financial LLC** |
| | | Contract to be REJECTED | **PO Box 1069** |
| | State the term remaining | 0 months | **Bellville, TX 77418** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | copier leases | **Dex Imaging, LLC** |
| | | Contract to be REJECTED | **5109 W. Lemon Street** |
| | State the term remaining | 0 months | **Tampa, FL 33609** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | **Oakmont Tres Amigos, LLC** |
| | | Contract to be REJECTED | **6421 Camp Bowie Blvd #302** |
| | State the term remaining | 0 months | **Fort Worth, TX 76116** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | **Rex Payne** |
| | | Contract to be REJECTED | **2120 Heather Court** |
| | State the term remaining | 0 months | **Flower Mound, TX 75028** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | copier leases | **Wells Fargo Vender Financial Services, LLC** |
| | | Contract to be REJECTED | **PO Box 105743** |
| | State the term remaining | 0 months | **Atlanta, GA 30348-5743** |
| | List the contract number of any government contract | | |

Debtor name     **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:     **Eastern**     District of     **Texas**

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 **Cheryl, Richard &** | **1750 Timber Ridge Circle** <br> Street <br><br> **Corinth, TX 76210** <br> City          State          ZIP Code | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Bayfirst** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Oakmont Tres Amigos, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Rex Payne** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Readycap Lending** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Transportation Alliance Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Oakmont Tres Amigos, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Rex Payne** | ☐ D <br> ☑ E/F <br> ☐ G |

■ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.2** **Rayl, Cheryl** | **1750 Timber Ridge Circle** <br> Street <br><br> **Corinth, TX 76210** <br> City    State    ZIP Code | **Intuit/Webbank** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Optun/United Healthcare Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Orange Advance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Barket Epstein Kearon et al** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Synchrony Bank/Sam's Club** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Richard Gusmano BCCU SA** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Capital One Business** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Mercedes Scientific** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3** **Richard Rayl** | **1750 Timber Ridge Circle** <br> Street <br><br> **Corinth, TX 76210** <br> City    State    ZIP Code | **Block Equity Group** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.4 **Richard & Cheryl Rayl** | **1750 Timber Ridge Circle** <br> Street <br><br> **Corinth, TX 76210** <br> City   State   ZIP Code | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Bayfirst** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Oakmont Tres Amigos, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Rex Payne** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Readycap Lending** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Transportation Alliance Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Oakmont Tres Amigos, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Rex Payne** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 **Richard & Cheryl Rayl** | **1750 Timber Ridge Circle** <br> Street <br><br> **Corinth, TX 76210** <br> City   State   ZIP Code | **Block Equity Group** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name       **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:

      **Eastern District of Texas**

Case number (if known): _____     Chapter   __**7**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*..........................................................................................

| |
|---:|
| **$0.00** |

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*......................................................................................

| |
|---:|
| **$120,369.03** |

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*........................................................................................

| |
|---:|
| **$120,369.03** |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| |
|---:|
| **$1,755,425.44** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

| |
|---:|
| **$0.00** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

| |
|---:|
| **+**     **$1,020,588.09** |

4. **Total liabilities**...........................................................................................................................

    Lines 2 + 3a + 3b

| |
|---:|
| **$2,776,013.53** |

Debtor name      **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:

     **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$16,187.27** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,741,720.77** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,738,035.00** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br><br> _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.  _____        _____        _____  _____
      Creditor's name

      _____
      Street

      _____

      _____
      City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **Orange Advance, Magellan MBC Health Providers**<br>Creditor's name<br>**PO Box 1289**<br>Street<br><br>**Maryland Heights, MO 63043**<br>City  State  ZIP Code | **they took funds from the healthcare insurance companies.**<br><br>XXXX– __ __ __ __ | **1/2025** | **$4,579.60** |
| 6.2. **SANA**<br>Creditor's name<br>**PO Box 660675 #35777**<br>Street<br><br>**Dallas, TX 75266**<br>City  State  ZIP Code | **they took funds from the healthcare insurance companies.**<br><br>XXXX– __ __ __ __ | **1/2025** | **$1,191.92** |
| 6.3. **Carelon Behavioral Health**<br>Creditor's name<br>**5800 Northampton Blvd.**<br>Street<br><br>**Norfolk, VA 23502**<br>City  State  ZIP Code | **they took funds from the healthcare insurance companies.**<br><br>XXXX– __ __ __ __ | **1/1/2025** | **$276.00** |
| 6.4. **Aetna Provider Garnishments**<br>Creditor's name<br>**PO Box 818048**<br>Street<br><br>**Cleveland, OH 44181-8048**<br>City  State  ZIP Code | **they took funds from the healthcare insurance companies.**<br><br>XXXX– __ __ __ __ | **1/2025** | **$132.52** |
| 6.5. **Aetna Better Health of Texas**<br>Creditor's name<br>**PO Box 982979**<br>Street<br><br>**El Paso, TX 79998-2979**<br>City  State  ZIP Code | **they took funds from the healthcare insurance companies.**<br><br>XXXX– __ __ __ __ | **1/2025** | **$1,057.27** |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Rex Payne DBA Rex Payne Development LLC vs Richard & Cheryl Rayl dba Rayl Enterprises** | **eviction citation** | **In The Justice Court, Precinct 3**<br>Name<br>**400 N. Valley Pkwty Suite 2012**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**E25-21J3** | | **Lewisville, TX 75067**<br>City          State     ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Oakmont Tres Dos Amigos LLC vs Rayl Enterprises, Inc and ALL OCCUPANTS and all Occupants** | **dismissed** | **Justice Court Precinct 6, Tarrant County, TX**<br>Name<br>**6551 Grandbury Road**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**JP06-25-E00082649** | | **76133**<br>City          State     ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Oakmont Tres DosAmigos LLC vs Rayl Enterprises Inc and ALL OCCUPANTS and all occupants** | **dismissed** | **Justice Court Precinct 6, Tarrant County, TX**<br>Name<br>**6551 Grandbury Road**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**JP06-25-E00082647** | | **76133**<br>City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State     ZIP Code | Case number | Street |
| | | Date of order or assignment | City          State     ZIP Code |

| Debtor | **Rayl Enterprises, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | _____ | |
| | Recipient's name | | | |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | _____ | _____ | _____ | _____ |

Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **12/13/2024** | **$2,500.00** |

| Address |
|---|

**500 N. Central Expressway Suite 500**
Street

**Plano, TX 75074**
City                State        ZIP Code

| Email or website address |
|---|


| Who made the payment, if not debtor? |
|---|


**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|


**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Carmax** | **Sold a 2017 Chevrolet Express Van and received $17,800.00.** | 5/15/2024 | $17,800.00 |

**Address**

**5252 State Hwy. 121**
Street

**Frisco, TX 75034**
City            State    ZIP Code

**Relationship to debtor**

**none**

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City   State   ZIP Code | |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Grace Counseling Center**<br>Facility name<br>**4251 FM 2181 Ste. 230-517**<br>Street<br>**Denton, TX 76210**<br>City   State   ZIP Code | **Mental Health and Substance Use Treatment Facility** | _____ |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| | **Morgan Records Management 8 State Street**<br>**Nashes, NH 03063** | *Check all that apply:*<br>☑ Electronically<br>☑ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Medical Records** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Human Interest** | EIN: **2 6 – 4 7 9 9 7 2 9** |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State      ZIP Code | XXXX– __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State   ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City   State   ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City              State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | **Rayl Enterprises, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Patrick Berry** | From **3/2/2023** To **present** |
| Name | |
| **4099 McEwan RD Ste. 420** | |
| Street | |
| **Dallas, TX 75244** | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Patrick Berry** | From **3/2/2023** To **present** |
| Name | |
| **4099 McEwan Road Ste,. 420** | |
| Street | |
| **Dallas, TX 75244** | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Bery & Moro** | |
| Name | |
| **4099 McEwan Road** | |
| Street | |
| **Dallas, TX 75244** | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Debtor | **Rayl Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                          State               ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

_____
City                          State               ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cheryl Rayl** | **1750 Timber Ridge Circle Corinth, TX 76210** | **CEO,** | **51.00%** |
| **Richard Rayl** | **1750 Timber Ridge Circle Corinth, TX 76210** | **Vice President,** | **39.00%** |
| **Lindsey Rayl** | **1412 Palisades Denton, TX 76210** | **Secretary/Treasurer,** | **10.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    **Rayl Enterprises, Inc.**    Case number *(if known)* _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Cheryl Rayl**<br>Name<br>**1750 Timber Ridge Circle**<br>Street<br><br>**Corinth, TX 76210**<br>City          State          ZIP Code<br><br>Relationship to debtor<br>**CEO** | **$35,000.00** | **January , February and April 2024** | **Owner draws** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/20/2025**
                    MM/ DD/ YYYY

**X** **/s/ Cheryl Rayl**    Printed name    **Cheryl Rayl**
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Debtor name          **Rayl Enterprises, Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Optun/United Healthcare Services<br>PO Box 736187<br>Chicago, IL 60673 | | advance in heathcare | | | | $382,500.00 |
| 2  Richard & Cheryl Rayl<br>1750 Timber Ridge Circle<br>Denton, TX 76210 | | owners money due | | | | $121,648.30 |
| 3  Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814 | | line of credit | | | | $58,518.00 |
| 4  Block Equity Group<br>C/O Joseph Valdini<br>205 Sunrise Hwy.<br>Rockville Centre, NY 11570 | | promissory note | | | | $52,450.00 |
| 5  Oakmont Tres Amigos, LLC<br>6421 Camp Bowie Blvd #302<br>Fort Worth, TX 76116 | | premise lease | | | | $50,789.88 |
| 6  Readycap Lending<br>200 Connell Pine Ste. 4000<br>Berkeley Heights, NJ 07922 | | SBA Loan | | | | $48,291.31 |
| 7  Rex Payne<br>2120 Heather Court<br>Flower Mound, TX 75028 | | premise lease | | | | $31,150.00 |
| 8  Wells Fargo Fin Svcs, LLC<br>PO Box 105743<br>Atlanta, GA 30348-5743 | | copier lease | | | | $29,960.31 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Berry & Moro 4099 McEwen Rd. Ste. 420 Dallas, TX 75244 | | services | | | | $26,345.10 |
| 10 | American Express Attn: Global Collections et al 200 Versey Street New York, NY 10285 | | credit card | | | | $22,832.00 |
| 11 | Barket Epstein Kearon et al 666 Old Country Road Ste. 700 Garden City, NY 11530 | | services | | | | $19,731.27 |
| 12 | American Express Attn: Global Collections et al 200 Versey Street New York, NY 10285 | | credit card | | | | $13,812.00 |
| 13 | Lightning Step 5757 Woodway Dr. Ste. 278 Houston, TX 77057 | | Vendor | | | | $12,758.07 |
| 14 | Dreamscape Unlock Health 6716 Alexander Bell Drive Columbia, MD 21046 | | services | | | | $12,000.00 |
| 15 | Intuit/Webbank 215 South State St. Ste, 1000 Salt Lake City, UT 84111 | | line of credit | | | | $11,633.39 |
| 16 | 1422 Main Ltd. 2016 Justin Rd. Ste. 300 Lewisville, TX 75077 | | premise lease | | | | $10,092.46 |
| 17 | Nishendu Vasavada, MD 4100 Fairway Ct. Apt. 200 Carrollton, TX 75010 | | Medical Director | | | | $10,000.00 |
| 18 | Redwood Toxicology Laboratory PO Box 5680 Santa Rosa, CA 95402-5680 | | services | | | | $8,992.75 |
| 19 | Richard Gusmano BCCU SA 200 Vesey Street New York, NY 10281 | | services | | | | $7,616.00 |
| 20 | Sylvia Joseph 2818 Centerville Dallas, TX 75228 | | wages | | | | $7,577.83 |

# United States Bankruptcy Court
### Eastern District of Texas

**In re**     Rayl Enterprises, Inc.

Case No. _____

**Debtor**     Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$2,500.00**

Prior to the filing of this statement I have received .................................................................... **$2,500.00**

Balance Due ................................................................................................................................. **$0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

___03/20/2025___          ___/s/ Robert T DeMarco___
*Date*                    Robert T DeMarco
                          *Signature of Attorney*
                          Bar Number: 24014543
                          DeMarco Mitchell, PLLC
                          500 N. Central Expressway Suite 500
                          Plano, TX 75074
                          Phone: (972) 578-1400

                          ___DeMarco Mitchell, PLLC___
                          *Name of law firm*

Date:    ___03/20/2025___          ___/s/ Cheryl Rayl___
                                   ***Cheryl Rayl***

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Rayl Enterprises, Inc.**                    CASE NO

                                                     CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **03/20/2025**        Signature _____ **/s/ Cheryl Rayl** _____
                                                     Cheryl Rayl, CEO

Cheryl Rayl
1750 Timber Ridge Circle
Corinth, TX 76210


1422 Main Ltd.
2016 Justin Rd. Ste. 300
Lewisville, TX 75077


1422 Main Ltd.
2016 Justin Rd. Ste. 300
Lewisville, TX 75077


Adrian Campbell
13432 Hang Fire Lane
Cresson, TX 76035


Aetna Better Health of Texas
PO Box 982979
El Paso, TX 79998-2979


Aetna Provider Garnishments
PO Box 818048
Cleveland, OH 44181-8048


Afalc
PO Box 5388
Columbus, GA 31906


Alexa Gould
318 Quail Crossing Dr.
Sanger, TX 76266

**Alexis Writtenverry**
1901 N. Colony Blvd.
The Colony, TX 75056


**Ally Financial**
2911 Lake Vista Drive
Lewisville, TX 75067


**American Express**
Attn: Global Collections et al
200 Versey Street
New York, NY 10285


**Ameritas**
12655 N. Central Expwy. #910
Dallas, TX 75251


**Ameritas Life Insurance Group**
PO Box 81889
Lincoln, NE 68501-1889


**APG&E**
PO Box 660038
Dallas, TX 75266


**Ashley Office Systems**
PO Box 843
Nash, TX 75569


**Attorney General of Texas**
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

## Attorney General of the United States

Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

## Background Screenings of America

9333 Melvin Ave.
Northridge, CA 91324

## Barket Epstein Kearon et al

666 Old Country Road Ste. 700
Garden City, NY 11530

## Bayfirst

700 Central Ave., Mail Code 206
Saint Petersburg, FL 33701

## Berry & Moro

4099 McEwen Rd. Ste. 420
Dallas, TX 75244

## Block Equity Group

C/O Joseph Valdini
205 Sunrise Hwy.
Rockville Centre, NY 11570

## Blue Cross & Blue Shield of TX

Dept 0695
PO Box 120695
Dallas, TX 75312-0695

## Bosshelp Technical Consultants

2409 Crown Ct.
Carrollton, TX 75006

**Bryan Simmons**
422 E. Main
Bloomburg, TX 75556

**Caine & Weiner**
PO Box 55848
Sherman Oaks, CA 91413

**Capital One Business**
PO Box 30285
Salt Lake City, UT 84130

**Carelon Behavioral Health**
5800 Northampton Blvd
Norfolk, VA 23502

**Chelsea Bryant**
908 Autumn Oak
Denton, TX 76209

**Richard & Cheryl**
1750 Timber Ridge Circle
Corinth, TX 76210

**Cheyenne Ledbetter**
1008 Mitchell Lane
Burleson, TX 76028

**Cigna Healthcare**
c/o Rawlings Co.
PO Box 589
La Grange, KY 40031-0589

## Cotiviti
PO Box 952366
Saint Louis, MO 63195-2366

## David Iawback
442 Hayden Drive
Lewisville, TX 75067

## David Simeone
7140 Longo Dr.
The Colony, TX 75056

## Dealers First Financial LLC
PO Box 1069
Bellville, TX 77418

## Dex Imaging, LLC
5109 W. Lemon Street
Tampa, FL 33609

## Dreamscape Unlock Health
6716 Alexander Bell Drive
Columbia, MD 21046

## Elexis Nichols
12660 Jupiter Road
Dallas, TX 75238

## Equian, LLC
DM Trust-Aetna
PO Box 639715
Cincinnati, OH 45263-9715

## Erica Ramage
5686 FM 560
Hooks, TX 75561


## Frontier
Po Box 5166
Tampa, FL 33675-5166


## Hailey Finn
100 Cannon Pkwy. #1438
Roanoke, TX 76262


## Heather Cupp
1924 Stoneway Dr.
Grapevine, TX 76051


## Human Interest
655 Montgomery Street Ste. 1800
San Francisco, CA 94111


## Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


## Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


## Intuit/Webbank
215 South State St. Ste, 1000
Salt Lake City, UT 84111

**James Clark**
2808 Lineville Drive Apt. 204K
Dallas, TX 75234

**Jay Klein**
PO Box 714
Lakewood, NJ 08701

**Katherine Ladd**
1519 Bluebonnet Trail
Arlington, TX 76013

**Kevin Bolt**
4560 FM 995
Atlanta, TX 75551

**Kyra Cooper**
5920 Rozanna St.
Joshua, TX 76058

**Lauren Modin**
5416 Timber Creek Road
Flower Mound, TX 75028

**Lauren Scott**
1701 Bradford Ct.
Denton, TX 76210

**Liam Kelly**
3917 Redstone Rd.
Denton, TX 76209

## Lightning Step
5757 Woodway Dr. Ste. 278
Houston, TX 77057

## Linsey Rayl
1412 Park Palisades
Denton, TX 76210

## Magellan
MBC Health Providers
PO Box 1289
Maryland Heights, MO 63043

## Mercedes Scientific
12210 Rangeland Pkwy.
Bradenton, FL 34211

## Metlife
18210 Crane Nest Drive
Tampa, FL 33647

## Mitchell Deforest
111 Timberview Dr.
Lewisville, TX 75077

## Nationwide
One Nationwide Plaza
Columbus, OH 43215

## Nikita Yarborough
2041 Rushing Creek Dr.
Heartland, TX 75126

Nishendu Vasavada, MD
4100 Fairway Ct. Apt. 200
Carrollton, TX 75010

Oakmont Tres Amigos, LLC
6421 Camp Bowie Blvd #302
Fort Worth, TX 76116

Office Depot Office Max
PO Box 790439
Saint Louis, MO 63179

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Optun/United Healthcare
Services
PO Box 736187
Chicago, IL 60673

Orange Advance
101 Chase Ave. Ste. 101
Lakewood, NJ 08701

PENS
PO Box 847203
Dallas, TX 75284-7203

**Point Bank**
400 Westway St.
Denton, TX 76201-3027


**Prority Healy**
1705 Reliable Pkwy.
Chicago, IL 60686-0017


**Pucin & Friedland**
935 National Pkwy. Ste. 40
Schaumburg, IL 60173


**Quill**
300 Tri State Internatioonal Dr Ste. 300
Lincolnshire, IL 60069


**Rapid Finance**
4500 East West Highway 6th Floor
Bethesda, MD 20814


**Cheryl Rayl**
1750 Timber Ridge Circle
Corinth, TX 76210


**Readycap Lending**
200 Connell Pine Ste. 4000
Berkeley Heights, NJ 07922


**Redwood Toxicology Laboratory**
PO Box 5680
Santa Rosa, CA 95402-5680

**Reliant Energy**
P O Box 650475
Dallas, TX 75265-0475


**Rex Payne**
2120 Heather Court
Flower Mound, TX 75028


**Richard Rayl**
1750 Timber Ridge Circle
Corinth, TX 76210


**Richard & Cheryl**
1750 Timber Ridge Circle
Corinth, TX 76210


**Richard & Cheryl Rayl**
1750 Timber Ridge Circle
Denton, TX 76210


**Richard & Cheryl Rayl**
1750 Timber Ridge Circle
Corinth, TX 76210


**Richard Gusmano BCCU SA**
200 Vesey Street
New York, NY 10281


**Sana**
PO Box 660675
Dallas, TX 75266

## SEC
100 F Street
Washington, DC 20549

## Serra Ramy
1701 Bradford Court
Denton, TX 76210

## Small Business Administration
150 Westpark Way Ste, 130
Euless, TX 76040

## Sofia Galvan
1005 Dartmouth Dr.
Lewisville, TX 75067

## Southwestern Electric
1 Riverside Plaza
Columbus, OH 43215

## StackAdapt
200 Bat Street, South Tower
Toronto, Ontario, M5J 2J1, Canada

## Stratmedical
PO Box 160653
San Antonio, TX 78280

## Syed Akhtar
1480 Renaissance Dr. #105
Park Ridge, IL 60068

Sylvia Joseph
2818 Centerville
Dallas, TX 75228


Synchrony Bank/Sam's Club
attn: Bankruptcy Dept.
PO Box 71783
Philadelphia, PA 19176


Terry Busse
3604 Winifred Dr.
Fort Worth, TX 76133


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548


Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

## Texas Workforce Commission

TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


## Trans Med

3482 Keith Bridge Rd
Cumming, GA 30041-5546


## Transportation Alliance Bank

4185 Harrison Blvd.
Ogden, UT 84403


## Transworld Systems, Inc.

500 Virginia Dr Ste 514
Ft Washington, PA 19034-2707


## Trista Wayland

1201 Robyn Dr.
Aledo, TX 76008


## U.S. Dept. of HUD

1600 Throckmorton St
Fort Worth, TX 76113


## U.S. Dept. of Veterans Affairs

Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


## U.S. Small Business Administration

4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204


United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204


United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


Waystar
1311 Solutions Center
Chicago, IL 60677-1311


Wells Fargo Fin Svcs, LLC
PO Box 105743
Atlanta, GA 30348-5743


Wells Fargo Vender Financial
Services, LLC
PO Box 105743
Atlanta, GA 30348-5743